458

ELECTRIC FERRIES, Inc., as owner of THE Diesel Electric Ferry GOTHAM, Libellant-Appellee, v. THE Tug ALICE M. MORAN and THE Tug ALICE M. MORAN, Inc., Claimant-Respondent-Appellant.

No. 243.

Circuit Court of Appeals, Second Circuit.

Jan. 25, 1944.

Burlingham, Veeder, Clark & Hupper, of New York City (Chauncey I. Clark and Stanley R. Wright, both of New York City, of counsel), for appellant.

Crawford & Sprague, of New York City (H. Victor Crawford and J. Lester Parsons, Jr., both of New York City, of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below.

UNITED STATES of America v. Charles KRISFALUSI, Jr., Appellant.

No. 8537.

Circuit Court of Appeals, Third Circuit.

Argued Feb. 8, 1944.

Decided Feb. 18, 1944.

Victor F. Schmidt, of Rossmoyne, Ohio (Walter W. Riehl, of Pittsburgh, Pa., on the brief), for appellant.

George Mashank, Asst. U. S. Atty., of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the court below is affirmed on the decision of the Supreme Court in Falbo v. The United States, 64 S. Ct. 346.